# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STAR SCIENTIFIC, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 09-CV-1411 ) |
| R.J. REYNOLDS TOBACCO COMPANY, | ) ) |
| Defendant. | ) ) ) |

## STIPULATED DISMISSAL

Plaintiff and counterclaim defendant Star Scientific, Inc. ("Star") and Defendants and counterclaim plaintiffs R.J. Reynolds Tobacco Company, a North Carolina corporation, and R.J. Reynolds Tobacco Company, a New Jersey corporation (collectively "RJR") have reached a settlement of this case (including all claims and counterclaims). The parties have agreed to the entry of this Stipulated Dismissal with Prejudice including the terms and conditions set forth below.

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel of record, as follows:

1. The claims and counterclaims between Star and RJR in the above captioned matter are hereby dismissed with prejudice.

2. This stipulation is not an acknowledgement of liability of any party for any claim or allegation asserted in this litigation.

3. Each party shall bear its own costs and attorneys' fees.

**IT IS THEREFORE ORDERED THAT:**

This action is hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

**SO ORDERED**

Dated: _____          By: _____
                                    Honorable Marvin J. Garbis
                                    United States District Judge

AGREED TO BY:

_____
Ralph J. Gabric
BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Dr.
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

David B. Hamilton, Bar No. 04308
WOMBLE CARLYLE SANDRIDGE & RICE
POD 84
250 W. Pratt Street, Suite 1300
Baltimore, Maryland 21201
Telephone: (410) 545-5850
Facsimile: (410) 545-5801


Attorneys for Plaintiff
R.J. REYNOLDS TOBACCO COMPANY

Dated: 24 Sept 2012

_____
Michael J. Bettinger
K&L Gates LLP
Four Embarcadero, Ste. 1200
San Francisco, CA 94920
Raleigh, North Carolina 27636
Telephone: (919) 865-7007
Facsimile: (919) 865-7010

Richard J. McMillan, Jr.
CROWELL & MORING
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Andrew J. Graham
KRAMON & GRAHAM, P.A.
One South Street
Suite 2600
Baltimore, MD 21202

Attorneys for Defendant
STAR SCIENTIFIC, INC.

Dated: 24 Aug 2012